UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER LEGARDY, | Case No. 2:23-cv-01332-DJC-JDP (PS) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | RESPONSE DUE WITHIN FOURTEEN DAYS |
| TACO BELL, | |
| Defendant. | |

On January 9, 2024, I screened plaintiff's complaint and notified him that it failed to state a claim. ECF No. 3. I granted him thirty days to file an amended complaint. To date, plaintiff has not filed an amended complaint.[1]

To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the

---

[1] On February 1, 2024, plaintiff filed a one-page declaration. ECF No. 4. This declaration does not appear to be an amended complaint, and plaintiff did not indicate that he wished it to be considered as such. If plaintiff intends this filing, or any other, to be considered his amended complaint, he must title the document "First Amended Complaint."

1

parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

The court will give plaintiff an opportunity to explain why this case should not be dismissed for failure to file an amended complaint. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause within fourteen days why this case should not be dismissed for failure to prosecute and failure to state a claim. Should plaintiff wish to continue with this lawsuit, he shall file, within fourteen days, an amended complaint.

IT IS SO ORDERED.

Dated:   February 23, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE