UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER LEGARDY, | Case No. 2:23-cv-01332-DJC-JDP (PS) |
| Plaintiff, | **ORDER** |
| v. | PLAINTIFF SHALL FILE AN AMENDED COMPLAINT WITHIN FOURTEEN DAYS |
| TACO BELL, | |
| Defendant. | |

On February 23, 2024, I ordered plaintiff to show cause within fourteen days why this case should not be dismissed for failure to prosecute and failure to state a claim. ECF No. 5. I additionally ordered him to file an amended complaint within fourteen days. *Id.* On March 6, 2024, plaintiff filed a single-page document titled "Amended Complaint." ECF No. 6. However, in it, plaintiff requests additional time to prepare and submit documents. *Id.* I will grant plaintiff fourteen days to file an amended complaint.

Accordingly, plaintiff is ordered to file an amended within fourteen days. Failure to comply with this order will result in a recommendation that this action be dismissed.

1

IT IS SO ORDERED.

Dated:    March 12, 2024                         /s/ Jeremy Peterson
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE