UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER LEGARDY, | Case No. 2:23-cv-1332-DJC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| TACO BELL, | |
| Defendant. | |

On October 18, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed untimely objections (ECF No. 14), which in the interests of justice the Court has considered.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed October 18, 2024, are ADOPTED;

2. Plaintiff's first amended complaint, ECF No. 12, is dismissed for failure to state a claim; and

3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **December 27, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2