## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**FLETCHER LEGARDY,**

CASE NO: **2:23–CV–01332–DJC–JDP**

v.

**TACO BELL,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/30/24**

**Keith Holland**
Clerk of Court

ENTERED: **December 30, 2024**

by: /s/ A. Salmeron
Deputy Clerk